## STATEMENT OF FACTS

On or about 05/19/2025 at approximately 17:00, of the Seventh District's Special Missions Unit (SMU) were operating during the evening tour of duty, utilizing marked cruisers and operating under callsign SMU12. Police cruisers fully equipped with emergency equipment, in full uniform, and fully equipped with body-worn cameras. Officers Ramson and Bell were conducting proactive patrol in PSA 704, specifically the 3400 block of Stanton Road Southeast Washington, D.C. 20020.

At approximately 1650 hours, Officers Ramson (driver), Bell (front passenger), Hsu (rear passenger) and Roby (Rear driver passenger) in cruiser 771 were conducting patrol and observed Thomas, Anthony (who will now be referred to as D-1) standing with his right side of his body pressing against the black iron gate. In addition, there was a female standing closely to D-1 with a black shopping bag hung on the fence resting between D-1 and her. Sitting across from D-1 was a male in a red lawn

Officers Ramson and Bell initiated contact with the three individuals. Officer Ramson made contact with the unidentified male sitting in the red lawn chair and asked him to move his chair from the public walkway to the grassy area. As he reluctantly and slowly got up to move the red chair, Officer Bell stood several feet in front of D-1. D-1 proceeded to record Officer Bell with his cell phone as he stood closely to the iron gate. As the man with the red lawn chair eventually moved towards Stanton Road, D-1 simultaneously turns to the right to walk towards the apartment buildings. Officer Bell exclaims, "what's that right" and points to D-1's lower right back/hip.

Officer Ramson observed what he recognized as the handle and magazine well of a pistol imprinting through the t-shirt of D-1. Officer Ramson believed this was the handle of a pistol due to several factors, such as the handle/grip appearing to be approximately 3-4 inches in length and 2-3 inches in width (around mag well), consistent with a full-size pistol. Additionally, the top of this object appeared to be approximately several inches above the waistband, which is also consistent with how high a weapon sits when tucked in one's waistband. The term "imprinting" refers to a situation where a weapon presses through the outer material of an object or clothing and presents a visible outline through the outer material. Officer Ramson, announced the pre-determined code word for the presence of a firearm. As Officers proceeded to detain D-1, Officer Ramson placed his hand on the firearm on that was located on D-1's right side waistband secured within his compression Nike pants. D-1 was placed into custody for Carrying a Pistol without a license. The firearm recovered from D-1's right side waistband is the following:

Make: N/A
Model: Polymer 80
Caliber: 9mm
Serial Number: Obliterated
Ammunition seized: 16 rounds in a 17-round capacity magazine and zero (0) in the chamber.

The firearm appeared to be fully functional, able to be fired with one hand, had a barrel length less than 12 inches, and capable of expelling a projectile by means of explosion. It should additionally be noted that there are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case would have traveled in

interstate commerce. All of the aforementioned events occurred within the jurisdictional limits of the District of Columbia.

Search incident to arrest led the discovery of the listed narcotics found in D-1's black satchel: THC Resin and Pink Powdery Substance were field tested by SMU member Officer Smith whom is SIRCHIE certified.

47 Blue M30 pills (oxycodone) (7 grams)
THC Wax (Hashish) (19 grams)
6 Mylar bags of Marijuana
Pink Powdery Substance (amphetamines) (2 grams) Digital scale with marijuana residue

Defendant -1 (D-1) was identified by his District of Columbia identification card as ANTHONY LEAVON THOMAS D/O/B October XX, XXXX. A WALES/NCIC (#XXXXXXXXX) confirmed his identification. A query of D-1's criminal records revealed that he has been previously convicted to a crime that carries a sentenced of over one year, making it unlawful for him to possess and own firearms. This previous conviction is in reference to 2017 CF3 004323.

Respectfully Submitted,

_____#5047
Officer Kris Ramson
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 23, 2025.

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE